IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JUN 16 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| RYNEASHA REED | § | |
| JOHNATHAN ARTHURTON | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:25-cv-02471 |
| | § | |
| KIA FINANCE AMERICA, TRUEACCORD, | § | |
| RELIANT CAPITAL SOLUTIONS, | § | |
| CREDIT NINJA LLC, | § | |
| RECEIVABLES MANAGEMENT | § | |
| PARTNERS LLC, MIDLAND CREDIT | § | |
| MANAGEMENT LLC | § | |
| Defendants | § | |

**AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Ryneasha Reed and Johnathan Arthurton, appearing pro se, respectfully submit this amended motion for a Temporary Restraining Order (TRO) pursuant to Federal Rule of Civil Procedure 65.

Plaintiffs move the Court to restrain Defendant Kia Finance America from repossessing their 2020 Kia Forte during the pendency of this matter, on grounds previously set forth in Docket Entry No. 2.

Pursuant to Rule 65(b)(1)(B), the undersigned hereby certifies that Plaintiffs have now given notice to Kia Finance America by mailing a copy of the complaint and the TRO application to its registered agent:

*NATIONAL REGISTERED AGENTS, INC.*

*1999 Bryan St., Ste. 900*

*Dallas, TX 75201-3136*

Said notice was mailed on June 10th, via *9589 0710 5270 1018 5166 65*, satisfying the Court's prior procedural requirement.

Accordingly, Plaintiffs respectfully request the Court to reconsider the TRO and grant emergency relief to prevent the imminent and irreparable harm of vehicle repossession.

## CERTIFICATION OF NOTICE

Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B)

I, the undersigned, hereby certify that on 06-10-2025, I caused a copy of the following documents to be delivered via *9589 0710 5270 1018 5166 65* to Kia Finance America's registered agent:

- The Original Motion for Temporary Restraining Order
- The Amended Motion for Temporary Restraining Order (this filing)
- *(The ORDER Conditionally Granting Application to Proceed IFP in receipt of USM-285 and AO 0440 to the clerk has already been mailed (9589 0710 5270 1018 5168 25) pursuant to Dkt No.2, 4:25-mc-00993 )*

Notice was mailed to:

*NATIONAL REGISTERED AGENTS, INC.*

*1999 Bryan St., Ste. 900*

*Dallas, TX 75201-3136*

Said service was made in compliance with Rule 65(b)(1)(B), to ensure that Defendant Kia Finance America has reasonable notice of the emergency relief being sought in this matter.

Respectfully submitted,

June 10, 2025

Ryneasha Reed

Johnathan Arthurton

3708 E 29th St#1020

Bryan, TX 77802-3901

Nneasha Reed
Jonnathan Arthurton
2708 E 29th St #1020
Bryan, TX 77802

9589 0710 5270 1018 5166 10

CERTIFIED MAIL
HOUSTON

United States District Court
Houston Division
515 Rusk Street, Room 701
Houston, TX 77002

77002-262399