IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYNEASHA REED, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | CIVIL ACTION NO. H-25-2471 |
| KIA FINANCE AMERICA, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

The plaintiffs, Ryneasha Reed and Johnathon Arthurton, representing themselves, have applied for a temporary restraining order to halt the repossession of their vehicle. (Docket Entry No. 2). The company seeking repossession is apparently the finance company the plaintiffs used to buy the vehicle. The repossession is apparently based on the plaintiffs' failure to pay the installments due under the vehicle financing contract. The court previously denied the plaintiffs' motion for a temporary restraining order for failure to give notice to or serve the defendants or to explain why notice could not be given. (Docket Entry No. 6). The plaintiffs have since filed an "amended motion," claiming that they have cured the defects in service. (Docket Entry No. 8).

The record reflects that summonses for the defendants have been provided to the U.S. Marshals. An additional defect precludes granting a temporary restraining order to prevent the vehicle from being repossessed. The plaintiffs have failed to show a substantial likelihood of success on the merits of their breach of contract claim or their claim for violations of Section 3 of the Uniform Commercial Code. (See Docket Entry No. 1). The amended motion for a temporary restraining order, (Docket Entry No. 8), is denied.

SIGNED on June 26, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge