**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** RYNEASHA REED & JOHNATHAN ARTHURTON | **COURT CASE NUMBER** 4:25-cv-02471 |
| **DEFENDANT** MIDLAND CREDIT MANAGMENT | **TYPE OF PROCESS** Summons and Complaint |

RECEIVED U.S. MARSHAL
2025 JUN 18 AM 10:12
SOUTHERN DISTRICT OF TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E 7th Street, Suite 620
Austin, TX 78701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES COURT
515 RUSK, ROOM 5300
HOUSTON TX 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Above address is defendants registered agent

Signature of Attorney other Originator requesting service on behalf of:
Ryneasha Reed (pro se)
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 713-250-5500
DATE: JUN 18 2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk | Date 6/20/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 6/25/25    Time: 10:18 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
PLSr #3932 William Shaw

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 9589 0710 5270 2901 4275 45
Delivered via Certified mail on 6/25/2025.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Tracking Number:

**9589071052702901427945**

Copy  ✕ Add to Informed Delivery

✓ **Delivered to Agent**
Delivered to Agent, Left with Individual

AUSTIN, TX 78701
June 25, 2025, 10:18 am

See All Tracking History

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 10:18 am on June 25, 2025 in AUSTIN, TX 78701.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

What Do USPS Tracking Statuses Mean?

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

| | |
|---|---|
| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees $ | |
| Sent To Corporation Service Company | |
| Street and Apt. No., or PO Box No. d/b/a CSC-Lawyers Incorporating Service Company | |
| City, State, ZIP+4® 211 E. 7th Street, Ste. 620 | |
| Austin, Tx 78701-3136 | |

9589 0710 5270 2901 4279 45

[Postmark: CIVIC CENTER STATION, HOUSTON TX 77208, JUN 23 2025]

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
a CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Ste. 620
Austin, Tx 78701-3136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chandler Crow_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  JUN 26 2025  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

9589 0710 5270 2901 4279 45

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540