## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RYNEASHA REED & JOHNATHAN ARTHURTON**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**KIA FINANCE AMERICA, TRUE ACCORD, RELIANT CAPITAL SOLUTIONS, CREDIT NINJA LLC, RECEIVABLES MANAGEMENT PARTNERS LLC, AND MIDLAND CREDIT MANAGEMENT,**<br><br>　　Defendants. | Case No. 4:25-cv-02471 |

### ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT LMIDLAND CREDIT MANAGEMENT, INC.

Defendant Midland Credit Management, Inc. (misnamed as Midland Credit Management, LLC) has moved the Court to dismiss Plaintiffs' Complaint with prejudice pursuant to FED. R. CIV. P. 12(b)(6). Having considered the motion and the arguments of the parties the Court finds that the motion should be granted. Even accepting as true all well-pleaded claims against Defendant Midland, Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Midland Credit Management, Inc. are hereby dismissed with prejudice.

Signed this ____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Hon. Judge Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge