Case 4:25-cv-02471   Document 20   Filed on 07/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYNEASHA MARIE ARASHAY REED, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-25-2471 |
| KIA FINANCE AMERICA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636(b)(1)(A), all nondispositive pretrial matters in this case have been referred to United States Magistrate Judge Christina A. Bryan for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(B), all dispositive pretrial matters in this case have been referred to United States Magistrate Judge Christina A. Bryan for report and recommendation to this court.

SIGNED on July 10, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge