IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 25 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| RYNEASHA REED | § | |
| JOHNATHAN ARTHURTON | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:25-cv-02471 |
| | § | |
| KIA FINANCE AMERICA ,et, al | § | |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT RELIANT CAPITAL SOLUTIONS, LLC WITH PREJUDICE**

Plaintiff, Ryneasha Reed & Johnathan Arthurton respectfully moves this Court to dismiss only Defendant Reliant Capital Solutions, LLC from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and states as follows:

1. Plaintiff and Defendant Reliant Capital Solutions, LLC have reached a settlement agreement resolving all claims between them in this matter.

2. The parties have executed a written settlement agreement under which Plaintiff has agreed to dismiss Defendant Reliant Capital Solutions, LLC with prejudice.

3. This motion affects only Defendant Reliant Capital Solutions, LLC and does not dismiss or resolve Plaintiff's claims against any other defendants in this action.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing Defendant Reliant Capital Solutions, LLC with prejudice, with each party to bear its own attorneys' fees and costs, and for such other relief as the Court deems just and proper.

Dated: 08/19/2025

Respectfully submitted,

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2025, a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO DISMISS DEFENDANT RELIANT CAPITAL SOLUTIONS, LLC WITH PREJUDICE** , along with all referenced exhibits, was served via email to the following counsel of record:

Marissa Coyle

Attorney

marissa.coyle@FrostEchols.com